KILPATRICK TOWNSEND & STOCKTON LLP
DAVID K. CAPLAN (State Bar No. 181174)
dcaplan@kilpatricktownsend.com
9720 Wilshire Blvd PH
Beverly Hills, CA 90212-2018
Telephone: 310-248-3830
Facsimile: 310-860-0363

Attorneys for Petitioner
BBC Worldwide Limited t/a BBC Studios (Distribution)

FILED

AUG 03 2018

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA



# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

CV 18 80 129 MISC

IN RE: DMCA SECTION 512(h) SUBPOENA TO TWITTER, INC.

Case No.:

**BBC WORLDWIDE LIMITED T/A BBC STUDIOS (DISTRIBUTION)'S REQUEST TO THE CLERK FOR ISSUANCE OF A SUBPOENA PURSUANT TO 17 U.S.C. § 512(h) TO IDENTIFY ALLEGED INFRINGERS**

Petitioner BBC Worldwide Limited t/a BBC Studios (Distribution) ("BBC Studios"), by and through its undersigned counsel of record, hereby requests that the Clerk of this Court issue a subpoena directed to Twitter, Inc. ("Twitter") to identify an alleged infringer or infringers, pursuant to the Digital Millennium Copyright Act ("DMCA"), 17 U.S.C. § 512(h) (the "Subpoena"). A copy of the proposed Subpoena is attached hereto as Exhibit 2 to the Declaration of David K. Caplan ("Caplan Decl.").

The requested subpoena relates to infringing material that BBC Studios discovered on the websites <twitter.com> and <pbs.twimg.com>, which BBC Studios is informed and believes are operated by Twitter. The infringing material includes, without limitation, unauthorized copies of



BBC WORLDWIDE LTD'S REQUEST FOR ISSUANCE OF A
DMCA SECTION 512(H) SUBPOENA TO TWITTER, INC.
- 1 -

KILPATRICK TOWNSEND & STOCKTON LLP
9720 WILSHIRE BLVD, PH
BEVERLY HILLS, CA 90212
310-248-3830

copyrighted photographic content from Season 11, Episode 1 of Doctor Who, for which BBC Worldwide Limited t/a BBC Studios (Distribution) is the exclusive licensee.

BBC Studios has satisfied the requirements for issuance of a subpoena pursuant to 17 U.S.C. § 512(h), namely:

(1) BBC Studios has submitted a copy of the notifications required by 17 U.S.C. § 512(c)(3)(A). *See* Caplan Decl. ¶ 3, Ex. 1.

(2) BBC Studios has submitted the proposed Subpoena concurrently herewith. *See* Caplan Decl. ¶ 5, Ex. 2.

(3) BBC Studios has submitted a sworn declaration confirming that the purpose for which the Subpoena is sought is to obtain the identity of the alleged infringer or infringers, and that such information will only be used for the purpose of protecting rights under Title 17 U.S.C. § 512(h)(2). *See* Caplan Decl. ¶ 4.

Because BBC Studios has complied with the statutory requirements, BBC Studios respectfully requests that the Clerk expeditiously issue and sign the proposed Subpoena pursuant to 17 U.S.C. § 512(h)(4) and return it to the undersigned counsel for service on the subpoena recipient.

DATED: August 3, 2018

Respectfully submitted,

KILPATRICK TOWNSEND & STOCKTON LLP

By: _____
DAVID K. CAPLAN

Attorneys for Petitioner BBC Worldwide Limited t/a BBC Studios (Distribution)



BBC WORLDWIDE LTD'S REQUEST FOR ISSUANCE OF A
DMCA SECTION 512(H) SUBPOENA TO TWITTER, INC.
- 2 -

KILPATRICK TOWNSEND & STOCKTON LLP
9720 WILSHIRE BLVD, PH
BEVERLY HILLS, CA 90212
310-248-3830